UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Joel Mejia Euceda,

                                      Plaintiff,                20-Civ-05249 (MKB)(SJB)

        -against-

Plandome Group, LLC d/b/a Umberto's.

                                      Defendant.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on October 30, 2020, Plaintiff filed a Complaint, which asserts claims for, *inter alia*, failure to pay overtime wages, and seeks compensatory, liquidated and statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New York Labor Law;

**WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through arms-length negotiations and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the New York Labor Law, and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without fees or costs to either party. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

| | |
|---|---|
| Dated:  Queens Village, New York<br>        August 13,    , 2021 | Dated:  Hawthorne, New York<br>        August 3, 2021 |
| **ABDUL HASSAN LAW GROUP PLLC**<br>*Attorneys for Plaintiff* | **TRAUB LIEBERMAN STRAUS &**<br>**SHREWSBERRY LLP**<br>*Attorneys for Defendant* |
| By: /s/ Abdul Hassan<br>Abdul K. Hassan, Esq.<br>215-28 Hillside Avenue<br>Queens Village, NY 11427<br>Tel.: (718) 740-1000<br>abdul@abdulhassan.com | By: /s/<br>Hillary Raimondi, Esq.<br>7 Skyline Drive<br>Hawthorne, NY 10532<br>Tel.: (914) 586–7061<br>hraimondi@tlsslaw.com |

SO ORDERED.

_____
Hon. Sanket J. Bulsara, United States Magistrate Judge